**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ALI GOKSEVEN,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Case No. 5:26-cv-05378-SK

# JUDGMENT

In accordance with the Order Denying Petition, IT IS ADJUDGED that this this action under 28 U.S.C. § 2241 is dismissed without prejudice. Meanwhile, this court retains jurisdiction over any future claim or action by ALI GOKSEVEN (A# 249 135 627) that he is being held in civil immigration custody within this federal district in violation of federal law under § 2241. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

IT IS SO ORDERED.

DATED: October 12, 2026

STEVE KIM
United States Magistrate Judge